STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ADOLPH KATZ, PLAINTIFF IN ERROR.

Submitted February 14, 1930—Decided May 19, 1930.

For the defendant in error, *Clifford A. Baldwin.*

For the plaintiff in error, *Walter S. Keown.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, CAMPBELL, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.